1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDZER GERARD FLEURISSAINT,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH NORWOOD, et al.,<br><br>Defendants. | Case No. EDCV 09-1915-RGK (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, and the Objections filed by Plaintiff, de novo,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED THAT: (1) this Report and Recommendation is approved and adopted; (2) Defendants' Motion to Dismiss the portion of Claim III alleging that Defendant Jensen and others threatened to make Plaintiff's life miserable, refused to feed him, disabled his cell water, withheld his mail, and that Defendant Norwood failed to act upon learning of the harassment, without prejudice for failure to exhaust administrative remedies is granted; (3) and Defendants shall file an Answer to Claims One and Two, and the portion of Claim Three alleging retaliation through Plaintiff's transfer to the SMU at FCI Talladega, within thirty days of the entry of this Order.

DATED: JAN - 4 2011

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge