1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDZER GERARD FLEURISSAINT,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HARLEY LAPPIN, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 09-1915-RGK(OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED that: (1) accepting this Report and
2  Recommendation; (2) granting Defendants' Motion for Summary Judgment; and
3  (3) directing that Judgment be entered dismissing the Complaint with prejudice.

5  DATED: October 24, 2012

   HONORABLE R. GARY KLAUSNER
   United States District Judge

   Prepared by:

   HONORABLE OSWALD PARADA
   United States Magistrate Judge