JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDZER GERARD FLEURISSAINT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARLEY LAPPIN, et al.<br><br>　　　　Defendants | Case No. EDCV 09-1915-RGK (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: October 24, 2012

　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge