JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDZER GERARD FLEURISSAINT, | Case No. EDCV 09-1915-RGK (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| HARLEY LAPPIN, et al. | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: October 24, 2012

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge